**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BANKERS LIFE INSURANCE COMPANY,

    Plaintiff,

    v.    Case No. 8:07-cv-690-T-17MSS

CREDIT SUISSE FIRST BOSTON    Judge Kovachevich
CORPORATION, also known as Credit Suisse
Securities (USA) LLC, CREDIT SUISSE
FIRST BOSTON MORTGAGE SECURITIES
CORP., DLJ MORTGAGE CAPITAL, INC.,
TRIAD GUARANTY INSURANCE
CORPORATION, SELECT PORTFOLIO
SERVICING, INC. and BANK OF NEW
YORK,

    Defendants.
_____/

**DEFENDANT TRIAD GUARANTY INSURANCE CORPORATION'S
UNOPPOSED MOTION PURSUANT TO LOCAL RULE 3.01(C) – (D)
FOR LEAVE TO FILE A REPLY MEMORANDUM OF LAW**

Defendant Triad Guaranty Insurance Corporation ("Triad"), by its attorneys, hereby moves, pursuant to Local Rule 3.01(c)-(d), for leave to file a Reply Memorandum of Law, and states as follows:

1.    On July 9, 2007, Triad filed a Motion to Dismiss the Second Amended Complaint.

2.    On November 1, 2007, Plaintiff filed a Response Opposing Triad's Motion to Dismiss the Second Amended Complaint.

3.    Plaintiff's Response requires further reply by Triad for the following reasons:

    a. Plaintiff invokes the wrong standard for Motions to Dismiss in its response. *See Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955, 1965 (2007).

    b. Plaintiff's responses raises a new issue of whether it is necessary for Plaintiff to allege that it is a direct beneficiary under the Policy.

    c. Plaintiff's allegations in the response are conclusory and mere speculation, unsupported by any factual allegations.

   4. Triad's reply memorandum shall not exceed eight (8) pages in length.

   5. Counsel for Triad has conferred with Counsel for Plaintiff and Counsel for Plaintiff does not oppose this motion.

  WHEREFORE Defendant, Triad Guaranty Insurance Corporation respectfully requests, pursuant to Local Rule 3.01(c)-(d), that this Court grant leave for Triad to file a Reply Memorandum to address the foregoing issues newly raised in Plaintiff's Response to Triad's Motion to Dismiss the Second Amended Complaint.

Dated: August 12, 2008        Respectfully Submitted,

               TRIAD GUARANTY INSURANCE
               CORPORATION

               By /s/ Christopher E. Doran
                 **JOHN M. MURRAY, ESQ.**
                 jmurray@mmhlaw.com
                 Fla. Bar No.: 157325
                 **CHRISTOPHER E. DORAN, ESQ.**
                 cdoran@mmhlaw.com
                 Fla. Bar No.: 137022
                 Murray, Marin & Herman, P.A.
                 Bank of America Building
                 101 E. Kennedy Blvd., Suite 1810
                 Tampa, FL 33602
                 PH: 813-222-1800
                 FAX: 813-222-1801

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following to the attached service list; certified this 12th day of August, 2008.

  /s/ Christopher E. Doran
**JOHN M. MURRAY**
jmurray@mmhlaw.com
Fla. Bar No. 157325
**CHRISTOPHER E. DORAN**
cdoran@mmhlaw.com
Fla. Bar No. 137022
Murray, Marin & Herman, P.A.
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1810
Tampa, Fl 33602
PH: 813-222-1800

**SERVICE LIST**

Brian K. Kopelowitz, Esq.
The Kopelowitz Ostrow Firm, P.a.
200 SW 1st Ave, Floor 12
Ft. Lauderdale, FL 33301
**Attorney for Plaintiff**


Andrew Dale Ledbetter, Esq.
Adorno & Yoss, LLP
888 S.E. 3rd Ave., Suite 500
Ft. Lauderdale, FL 33316-1159
**Attorney for Plaintiff**


John F. Mariani
Gunster, Yoakley & Stewart, P.A.
Phillips Point-Suite 500 East
777 S. Flagler Dr.
West Palm Beach, FL 33401-6194
**Attorney for Credit Suisse First Boston Corporation,**
**Credit Suisse First Boston Mortgage Securities Corp.,**
**DLJ Mortgage Capital, Inc.,**
**Triad Guaranty Insurance Corp., and**
**Select Portfolio Servicing, Inc.**


Edmund S. Whitson, III
Akerman Senterfitt
401 E. Jackson Street, Suite 1700
P.O. Box 3273
Tampa, FL 33601-3273
**Attorney for Bank of New York**

Richard F. Hans
Thacher Proffitt & Wood, LLP
Two World Financial Center
New York, NY 10281
**Attorney for Bank of New York**

Jeffrey Q. Smith, Esq.
McKee Nelson, LLP
One Battery Park Plaza
34th Floor
New York, NY 10004
**Pro Hac Vice Attorney for Select Portfolio Servicing, Inc.;**
**Credit Suisse First Boston Corp.;**
**Credit Suisse First Boston Mortgage Securities Corp.;**
**DLJ Mortgage Capital, Inc.**


Scott E. Eckas, Esq.
McKee Nelson, LLP
One Battery Park Plaza
34th Floor
New York, NY 10004
**Pro Hac Vice Attorney for Select Portfolio Servicing, Inc.;**
**Credit Suisse First Boston Corp.;**
**Credit Suisse First Boston Mortgage Securities Corp.;**
**DLJ Mortgage Capital, Inc.**


Colleen J. O'Loughlin, Esq.
McKee Nelson, LLP
One Battery Park Plaza
34th Floor
New York, NY 10004
**Pro Hac Vice Attorney for Select Portfolio Servicing, Inc.;**
**Credit Suisse First Boston Corp.;**
**Credit Suisse First Boston Mortgage Securities Corp.;**
**DLJ Mortgage Capital, Inc.**