UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa  Division

Case No.. 8:07-CIV-690-EAK-MAP

BANKERS LIFE INSURANCE COMPANY,

     Plaintiff,

vs.

CREDIT SUISSE FIRST BOSTON
CORPORATION, also known as Credit Suisse
Securities (USA) LLC, CREDIT SUISSE
FIRST BOSTON MORTGAGE SECURITIES
CORP., DLJ MORTGAGE CAPITAL, INC.,
TRIAD GUARANTY INSURANCE
CORPORATION, SELECT PORTFOLIO
SERVICING, INC. and BANK OF NEW
YORK,

     Defendants.

_____/

**<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to Federal Rule 41(a)(1), Plaintiff, BANKERS LIFE INSURANCE

COMPANY, hereby files this voluntary dismissal with prejudice against Defendant,

TRIAD GUARANTY INSURANCE CORPORATION.    Each party shall bear its own

fees and costs.

Dated: July 21, 2009               Respectfully submitted,

                                 /s/Brian R. Kopelowitz_____
                                BRIAN R. KOPELOWITZ
                                Florida Bar No. 097255
                                The Kopelowitz Ostrow Firm, P.A.
                                200 SW 1st Ave., 12th Floor
                                Fort Lauderdale, FL  33301
                                Telephone:    (954) 525-4100
                                Facsimile:    (954) 525-4300
                                Co-Counsel for Plaintiff

Bankers Life Ins. V. Credit Suisse, et al.
Case No. 8:07-CIV-00690-EAK-MAP

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 21, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/Brian R. Kopelowitz

## SERVICE LIST
Case No.. 8:07-CIV-00690-EAK-MAP

John M. Murray, Esq.
jmurray@mmhlaw.com
Christopher Doran, Esq.
cdoran@mmhlaw.com
Murray, Mariani & Herman, P.A.
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1810
Telephone:      813 222 1800
Facsimile:      813 222 1801
Attorney for Triad Guaranty Insurance

Simon A. Fleischmann, Esq.
sfleichmann@lordbissell.com
Thomas J. Cunningham, Esq.
tcunningham@lordbissell.com
Lord Bissell & Brook, LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone:      312 443 0452
Facsimile:      312 896 6471
Attorney for Triad Guaranty Insurance

Richard F. Hans, Esq.
rhans@tpw.com
Thacher Proffitt & Wood, LLP
Two World Financial Center
New York, NY 10281
Attorney for Bank of New York

Edmund S. Whitson, Esq.
Edmund.whitson@akerman.com
Akerman Senterfitt

Bankers Life Ins. V. Credit Suisse, et al.
Case No. 8:07-CIV-00690-EAK-MAP

401 Jackson Street, Stuite 1700
Tampa, FL 33601
Telephone:     813 223 7333
Attorney for Bank of New York

Colleen J. O'Loughlin, Esq.
colouglin@mckeenelson.com
Scott Eckas, Esq
seckas@mckeenelson.com
McKee Nelson, LLP
One Battery Park Plaza, 34th Floor
New York, NY 10004
Telephone:     917 777 4466
Facsimile      917 777 4299
Attorney for Select Portfolio Servicing, Inc.
Credit Suisse First Boston Corp.
Credit Suisse First Boston Mortgage Securities Corp.
DLJ Mortgage Capital, Inc.

John F Mariani, Esq.
jmariani@gunster.com
Gunster Yoakley & Stewart
777 S. Flagler Drive
West Palm Beach, FL 33401
Telephone:     561 650 0600
Facsimile:     561 655 5677
Attorney for Select Portfolio Servicing, Inc.
Credit Suisse First Boston Corp.
Credit Suisse First Boston Mortgage Securities Corp.
DLJ Mortgage Capital, Inc.